UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| STEPHEN PAUL ROGERS II | ) CASE NO. 10-33821 |
| JAMIE ANN ROGERS | ) CHAPTER 13/lp |
| | ) |
| Debtor(s) | ) |

## COURT MINUTES GRANTING MOTION FOR SANCTIONS

**NATURE OF PROCEEDINGS:** Hearing on Debtors' Motion for Hearing and Sanctions for Violation of the Automatic Stay

**DATE & TIME:** March 3, 2011 at 2:30 p.m.                                    **DOCUMENT NO.** 52

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): AMBER BLACKFORD, ESQ. .............................. Present
CHAPTER 13 TRUSTEE: DEBRA L. MILLER, BY: SARAH WILLMS, ESQ ................. Present
CREDITOR, SANTANDER, BY: ........................................... No Appearance

---

Hearing was held in South Bend, Indiana, on March 3, 2011, on the Debtors' Motion for Sanctions for Violation of the Automatic Stay.

The court being duly advised does hereby grant debtors' motion. Debtors are now awarded attorney fees in the amount of $2,106 and damages in the amount of $500.

SO ORDERED
DATED: March 8, 2011

_____
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT